JS-6

Stuart B. Wolfe (SBN 156471)
Nicholas R. Francescon (SBN 258318)
nrfrancescon@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE UNDER THE
POOLING AND SERVICING AGREEMENT
RELATING TO THE IMPAC SECURED
ASSETS CORP., MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2006-1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IDA SINGH AND RAGHBIR SINGH, | Case No. 09-CV-7261 RGK(MANx) |
|---|---|
| Plaintiff, | **ORDER REMANDING MATTER PURSUANT TO 28 U.S.C. 1447(c)** |
| v. | Trial Date: None |
| DEUTSCHE BANK NATIONAL TRUST COMPANY; DOES 1 TO 10 INCLUSIVE, | |
| Defendants. | |

Based on the lack of diversity jurisdiction under 28 U.S.C. Section 1332, **IT IS HEREBY ORDERED** pursuant to 28 U.S.C. Section 1447(c) that this matter is remanded to Los Angeles Superior Court, Case No. YC060520.

DATED: NOV - 6 2009

By: _____
Hon. R. Gary Klausner

H:\Matters\GMAC Mortgage Corporation (1353.003)\329 (Singh)\Pleadings\[Proposed] order re Remand to Superior Court.doc

1

ORDER REMANDING MATTER PURSUANT TO 28 U.S.C. SECTION 1447(C)
CASE NO. 09-CV-7261- RGK (MANX)